UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TYLER HOLTE,

            Plaintiff,            CASE NO. 20-CV-131

    v.

CITY OF EAU CLAIRE,
and HUNTER BRAATZ
(in his individual capacity),

            Defendants.

---

## DEFENDANTS' PROPOSED SPECIAL VERDICT

---

The Defendants, City of Eau Claire and Hunter Braatz, by and through their attorneys, Municipal Law & Litigation Group, S.C., pursuant to the court's procedures governing final pretrial submissions and conference, propose the attached special verdict forms for both phases of trial.

Dated this 16th day of July, 2021.

                                        **MUNICIPAL LAW & LITIGATION GROUP, S.C.**

                                        Attorneys for City of Eau Claire and Hunter Braatz.

                                        By:   /s/ Matteo Reginato
                                               REMZY D. BITAR
                                               State Bar No: 1038340
                                               MATTEO REGINATO
                                               State Bar No:  1089724
                                               730 N. Grand Avenue
                                               Waukesha, WI 53186
                                               O: (262) 548-1340
                                               F: (262) 548-9211
                                               E:    rbitar@ammr.net
                                                       mreginato@ammr.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TYLER HOLTE,

                Plaintiff,                CASE NO. 20-CV-131

    v.

CITY OF EAU CLAIRE,
and HUNTER BRAATZ
(in his individual capacity),

                Defendants.

---

### DEFENDANTS' PROPOSED SPECIAL VERDICT (Liability Phase)

---

    We, the jury, find as follows:

    **Question No. 1:** Did Hunter Braatz use unreasonable force under the circumstances against Tyler Holte on April 1, 2015?

    **Answer:** _____ (Yes or No)

                                Dated this _____ day of August, 2021.

                                  _____
                                  Presiding Juror

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TYLER HOLTE,

        Plaintiff,        CASE NO. 20-CV-131

v.

CITY OF EAU CLAIRE,
and HUNTER BRAATZ
(in his individual capacity),

        Defendants.

---

### DEFENDANTS' PROPOSED SPECIAL VERDICT (damages phase)

---

We, the jury, find as follows:

**Question No. 1:** What sum of money, if any, will fairly and reasonably compensate Tyler Holte for damages because of Hunter Braatz's use of force?

$>$ $_____$

Answer: _____ (Yes or No)

Dated this \_\_\_\_\_ day of August, 2021.

_____
Presiding Juror